Mark F. POSTER, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 03–3062.

United States Court of Appeals, Federal Circuit.

Aug. 11, 2003.

Before (MICHEL, CLEVENGER and BRYSON, Circuit Judges).

Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

SUBMARINE PIPELINE SPOILERS (U.S.A.), INC. and Jacob Simon Pieter de Vries, Plaintiffs–Appellants,

v.

SHELL EXPLORATION AND PRODUCTION COMPANY, Defendant–Appellee.

No. 03–1093, 03–1107.

United States Court of Appeals, Federal Circuit.

Aug. 11, 2003.

Before MICHEL, CLEVENGER and BRYSON, Circuit Judges.

Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.